IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHARLES EARNEST GRIFFIN, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:07-CV-120 (CDL) |
| DONALD NESTER, JEREMY REYNOLDS, and KIM RAYBURN, | * |
| | * |
| Defendants. | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 28, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of March, 2008.

                                       S/Clay D. Land
                                           CLAY D. LAND
                               UNITED STATES DISTRICT JUDGE